| | | | |
|---|---|---|---|
| Com. v. Stix | 1617 EDA 2015<br>Affirmed | 08/25/2016 | CP–51–CR–0002364–2015<br>(Philadelphia) |
| Taylor v. Harris | 1979 EDA 2015<br>Reversed and<br>Remanded | 08/25/2016 | No. 0034 March Term,<br>2014<br>(Philadelphia) |
| L.A.S.G. v. A.M.B. | 795 EDA 2016<br>Quashed | 08/25/2016 | No. 0–C–0913919<br>(Philadelphia) |
| Com. v. Kuhns | 2045 MDA 2015<br>Affirmed | 08/25/2016 | CP–41–CR–0001956–2014<br>(Lycoming) |
| Com. v. Martinez–DeJesus | 2103 MDA 2015<br>Affirmed | 08/25/2016 | CP–22–CR–0000883–2015<br>(Dauphin) |
| S.K.M. v. B.R.M. | 57 MDA 2016<br>Vacated,<br>Affirmed and<br>Remanded | 08/25/2016 | 2014–4145<br>(Centre) |
| Com. v. Gibson | 590 MDA 2015<br>Affirmed | 08/25/2016 | CP–11–CR–0001873–2013<br>(Cambria) |
| Kennedy v. K & J Construction | 1223 WDA 2015<br>Affirmed | 08/25/2016 | No. 2014–487<br>(Washington) |
| In re Estate of Long; Appeal of Lemmo | 1286 WDA 2015<br>Affirmed | 08/25/2016 | 139–2015<br>(Erie) |
| Com. v. Buterbaugh | 1353 WDA 2015<br>Affirmed | 08/25/2016 | CP–20–CR–0000561–2014<br>(Crawford) |
| Com. v. Mitwally | 1489 WDA 2015<br>Affirmed | 08/25/2016 | CP–02–CR–0013228–2014<br>(Allegheny) |
| W.F.S. v. A.C.C. | 230 WDA 2016<br>Affirmed and<br>Vacated | 08/25/2016 | 11448–2014<br>(Erie) |
| In the Interest of C.E.C.; Appeal of C.C. | 256 WDA 2016<br>Affirmed | 08/25/2016 | CP–02–AP–0000122–2015<br>(Allegheny) |
| Com. v. Reavis | 328 EDA 2014<br>Affirmed | 08/26/2016 | CP–51–CP–0010703–2012<br>(Philadelphia) |
| Com. v. Przybyszewski | 3127 EDA 2015<br>Affirmed | 08/26/2016 | CP–51–CP–0300701–1985<br>(Philadelphia) |
| Com. v. Williams | 1128 MDA 2015<br>Affirmed | 08/26/2016 | CP–22–CR–0001256–2014<br>(Dauphin) |
| Com. v. Laury | 1255 MDA 2015<br>Affirmed | 08/26/2016 | CP–41–CR–0001155–2014<br>(Lycoming) |
| Com. v. Wilkins | 1401 MDA 2015<br>Affirmed | 08/26/2016 | CP–06–CR–0003315–2013<br>(Berks) |